UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

BRANDON DEJUAN EDWARDS,

        Petitioner,               Case No. 1:12-cv-753

v.

                                         Honorable Paul L. Maloney

CARMEN PALMER,

        Respondent.
_____/

## ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

        This is a habeas corpus action brought by a state prisoner pursuant to 28 U.S.C. § 2254.  Petitioner has requested leave of court to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1) and has filed an affidavit of indigence.  The filing fee for a habeas corpus action is $5.00.  28 U.S.C. § 1914(a).  The Court should only grant leave to proceed *in forma pauperis* when it reasonably appears that paying the cost of this filing fee would impose an undue financial hardship.  *Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988).  It is not unreasonable to require a prisoner to devote a small portion of his discretionary funds to defray a fraction of the costs of his litigation.  *See Lumbert v. Ill. Dep't of Corr.*, 827 F.2d 257, 267 (7th Cir. 1987).

        Petitioner has filed a trust account statement, which shows that over the past six months Petitioner has had an average monthly deposit of $66.23.  At the time of filing his petition, Petitioner had a spendable balance of $18.85.  Petitioner's financial documents indicate that he has sufficient resources to pay the $5.00 filing fee.  Therefore, Petitioner is not entitled to proceed *in forma pauperis* in this action.  Petitioner has 28 days from the date of entry of this order to pay the

$5.00 filing fee.  If Petitioner fails to pay the filing fee within the 28-day period, his case will be dismissed without prejudice.  Accordingly:

> IT IS ORDERED that Petitioner's application for leave to proceed *in forma pauperis* (docket #2) is DENIED.

> IT IS FURTHER ORDERED that within 28 days hereof, Petitioner shall pay the $5.00 filing fee to the Clerk of this Court.  Petitioner's failure to comply with this order will result in dismissal of this case without prejudice.


Dated: August 7, 2012            /s/ Paul L. Maloney
                                 Paul L. Maloney
                                 Chief United States District Judge


**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:
Clerk, U.S. District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**