UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON DEJUAN EDWARDS,<br>   Petitioner,<br><br>-v-<br><br>CARMEN PALMER,<br>   Respondent.<br>_____ | No. 1:12-cv-753<br><br>HONORABLE PAUL L. MALONEY |

**ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING 28 U.S.C. § 2254 APPLICATION, AND DENYING CERTIFICATE OF APPEALABILITY**

  Brandon Edwards, a prisoner under control of the Michigan Department of Corrections and proceeding pro se, filed an application for writ of habeas corpus under 28 U.S.C. § 2254. The magistrate judge performed a preliminary review of the application, and issued a report recommending the application be denied as time barred. (ECF No. 12 "R&R.") Edwards timely filed objections. (ECF No. 13.) This Court has reviewed the R&R and objections and concludes that the objections do not undermine the sound reasoning or the legal authority provided in the R&R. Accordingly, the R&R is **ADOPTED** as the opinion of this Court. Accordingly, the application for writ of habeas corpus is **DISMISSED.**

  Consistent with the recommendations in the report, a Certificate of Appealabilty is **DENIED.** Reasonable jurists would not disagree that the application filed by Edward was time barred.

  **IT IS SO ORDERED.**

Date:  October 31, 2012                  /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  Chief United States District Judge