UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON DEJUAN EDWARDS, ) | |
| Petitioner, ) | |
| ) | No. 1:12-cv-753 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| CARMEN PALMER, ) | |
| Respondent. ) | |
| _____ ) | |

## JUDGMENT

Having dismissed Brandon Edwards's application for writ of habeas corpus as time barred, under Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of the Respondent.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  October 31, 2012                    /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge